# JS 44 (Rev. 10/20) CIVIL COVER SHEET – PRIVATE SECTOR

Plaintiff: Taurean Small

Defendants: OpenAI LP, OpenAI Inc., Microsoft Corp., Google LLC, Meta Platforms Inc., Amazon.com Inc., Adobe Inc.

County of Residence: Cumberland

Basis of Jurisdiction: Federal Question (28 U.S.C. § 1331)

Citizenship of Parties: Not applicable

Nature of Suit: Civil Rights (Other) / Digital Privacy

Origin: Original Proceeding

Requested in Complaint: Jury Trial, Monetary Damages, Declaratory Relief, Royalties

Signature: *Taurean Small*

Taurean Small

Date: 5/5/2025