FILED: October 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2255
(5:25-cv-00238-FL)

_____

TAUREAN SMALL

      Plaintiff - Appellant

v.

OPEN AI LP; MICROSOFT CORPORATION; GOOGLE LLC; META PLATFORMS, INC.; AMAZON.COM, INC.; ADOBE, INC.

      Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:25-cv-00238-FL |
| Date notice of appeal filed in originating court: | 10/16/2025 |
| Appellant | Taurean Small |
| Appellate Case Number | 25-2255 |
| Case Manager | C. Halupa<br>804-916-2702 |